**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | ) | Case No. |
| | ) | |
| Jacob L. Poole | ) | |
| | ) | Chapter 7 |
| | ) | |
| | ) | |
| DEBTOR(S) | ) | Document No._____ |
| _____ | ) | |

*PROOF OF INCOME*

This Proof of Income Statement is provided in lieu of Proof of Income provided by Local Rules.

I, Jacob L. Poole, aver that my approximate gross monthly income is as follows:

1. Umployment Compensation - $3,089.00

This statement is made under the penalty of perjury and is correct based on the information and belief of the undersigned.

Date: June 4, 2021          */s/ Jacob L. Poole_____*